```
BRADLEY KASS, ESQ. (CBN# 127658)
KASS & KASS LAW OFFICES
520 S. El Camino Real, Suite 810
San Mateo, CA 94402
Phone Number: (650) 579-0612
Fax Number: (650) 579-0760


Attorney for Defendants
Michael and Lisa Douglas
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. 2:09-CV-02386-MCE-KJM |
| Plaintiff, | |
| vs. | ORDER ON APPLICATION TO APPEAR BY TELEPHONE |
| LISA DOUGLAS, individually and d/b/a EXECUTIVE MINI STORAGE and as Trustee of the DOUGLAS FAMILY TRUST DATED AUGUST 18, 2006; MIKE DOUGLAS, individually and d/b/a EXECUTIVE MINI STORAGE and as Trustee of the DOUGLAS FAMILY TRUST DATED AUGUST 18, 2006, | DATE: March 11, 2010<br>TIME: 2:00 p.m.<br>DEPT: Courtroom 7 |
| Defendants. | |

After consideration of the application of counsel for Defendants' Application to Appear By Telephone, submitted for review on March 5, 2010:

///

///

///

///

[PROPOSED] ORDER ON APPLICATION TO
APPEAR BY TELEPHONE

1

**IT IS HEREBY ORDERED:**

Attorney Bradley Kass, Esq., counsel for Defendants, may appear by telephone for the hearing on March 11, 2010 at 2:00 p.m. for hearing on Defendants' Motion for More Definite Statement.  Counsel's phone number is: (650) 579-0612.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE